UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MOMS AGAINST MERCURY, et al.** ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Civil Action No. 07-2332 (ESH) |
| **ANDREW VON ESCHENBACH, et al.** ) | ECF |
| ) | |
| Defendants. ) | |
| ) | |

### NOTICE OF APPEARANCE

THE CLERK OF THE COURT will please enter the appearance of Mercedeh Momeni, Assistant United States Attorney, as counsel of record for defendants, in the above-captioned case.

Respectfully submitted,


\_\_/s/_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 305-4851
(202) 514-8780 (facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of January,  I caused the foregoing Praecipe to be served on Plaintiff's attorney, **Charles G. Brown**, via the Court's Electronic Case Filing system.

__/s/_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 305-4851