UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOMS AGAINST MERCURY, et al.,

        Plaintiffs,

    v.

ANDREW VON ESCHENBACH, et al.,

        Defendants.

Civil Action No. 07-2332 (ESH)

**NOTICE OF SUBSTITUTION OF COUNSEL**

Please enter the appearance of Drake Cutini, replacing Mercedeh Momeni, as counsel for the defendants in the above-captioned action.

Of Counsel:

JAMES C. STANSEL
Acting General Counsel

GERALD F. MASOUDI
Chief Counsel, Food and Drug Division

ERIC M. BLUMBERG
Deputy Chief Counsel, Litigation

WENDY S. VICENTE
Associate Chief Counsel

U.S. Dept. of Health & Human Services
Office of the General Counsel
5600 Fishers Lane
Rockville, MD  20857
301-827-7138

Dated:   March 5, 2008

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

C. FREDERICK BECKNER III
Deputy Assistant Attorney General

EUGENE M. THIROLF
Director
Office of Consumer Litigation

        /s/
_____
DRAKE CUTINI
Attorney
Office of Consumer Litigation
U.S. Department of Justice
P.O. Box 386
Washington, D.C.  20044
202-307-0044
drake.cutini@usdoj.gov