UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOMS AGAINST MERCURY, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 07-2332 (ESH) |
| ANDREW VON ESCHENBACH, et al., | ) |
| Defendants. | ) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendants hereby move for an 8-day extension of time to respond to the complaint in the above-captioned case. Defendants' response is presently due April 24, 2008, and defendants seek until May 2 to respond to the complaint. Defendants seek to file a combined response to the complaint and to plaintiffs' motion for a preliminary injunction on May 2. The undersigned counsel for defendants, Drake Cutini, has spoken to counsel for plaintiffs, Charles Brown, and Mr. Brown stated that he does not oppose this motion. A proposed order is attached.

|  |  |
|---|---|
| Of Counsel: | Respectfully submitted, |
| JAMES C. STANSEL<br>Acting General Counsel | JEFFREY S. BUCHOLTZ<br>Acting Assistant Attorney General |
| GERALD F. MASOUDI<br>Chief Counsel, Food and Drug Division | C. FREDERICK BECKNER III<br>Deputy Assistant Attorney General |
| ERIC M. BLUMBERG<br>Deputy Chief Counsel, Litigation | EUGENE M. THIROLF<br>Director<br>Office of Consumer Litigation |
| WENDY S. VICENTE<br>Associate Chief Counsel | |
| U.S. Dept. of Health & Human Services<br>Office of the General Counsel<br>5600 Fishers Lane<br>Rockville, MD  20857<br>301-827-7138<br><br>Dated:   April 23, 2008 | _____/s/_____<br>DRAKE CUTINI<br>Attorney<br>Office of Consumer Litigation<br>U.S. Department of Justice<br>P.O. Box 386<br>Washington, D.C.  20044<br>202-307-0044<br>drake.cutini@usdoj.gov |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOMS AGAINST MERCURY, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 07-2332 (ESH)<br>) |
| ANDREW VON ESCHENBACH, et al., | )<br>) |
| Defendants. | )<br>) |

**ORDER**

Upon consideration of defendants' unopposed motion for an extension of time to respond to the complaint, it is hereby

ORDERED that the motion is granted, and defendants shall respond to the complaint on or before noon on May 2, 2008.

Date: _____

_____
UNITED STATES DISTRICT JUDGE