UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOMS AGAINST MERCURY, *et al.*, ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 07-02332 (ESH) |
| ANDREW von ESCHENBACH, Commissioner, ) Food and Drug Administration, *et al.*, ) | |
| Defendants. ) | |

### ORDER OF REFERRAL

Based upon the status hearing this date, it is hereby

**ORDERED** this matter is referred to Magistrate Judge Facciola for settlement discussions to begin on or about May 16, 2008. On any filing related to settlement discussions, the parties shall place the initials of Judge Ellen Segal Huvelle and the initials of Judge Facciola following the case number in the caption. On any other filings in this case, the parties shall only place the initials of Judge Ellen Segal Huvelle after the case number. The parties are to jointly contact the Magistrate Judge in order to schedule the conference.

**SO ORDERED.**

                                    /s/
                            ELLEN SEGAL HUVELLE
                            United States District Judge

Date: May 16, 2008

-1-