REFERRAL TO MAGISTRATE JUDGE

CATEGORY: TYPE-C

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | 21:0348 Federal Food, Drug and Cosmetic Act | | | |
|---|---|---|---|---|
| CASE NO:<br>CA 07-2332 | DATE REFERRED:<br>5/16/08<br><br>DISPOSITION DATE: | PURPOSE:<br>Settlement | JUDGE:<br>Ellen Segal Huvelle | MAG. JUDGE<br>John M. Facciola |
| PLAINTIFF(S):<br>Moms Against Mercury, et al | | DEFENDANT(S):<br>Andrew Von Eschenbach | | |
| ENTRIES: | | | | |