UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOMS AGAINST MERCURY, *et al.*,<br>  Plaintiffs,<br>    v.<br>Andrew von ESCHENBACH, Commissioner, Food and Drug Administration; *et al.*,<br>  Defendants. | )<br>) Case # 1:07-<br>)   cv002332<br>)    (ESH/JMF)<br>)<br>) |

## Stipulation of Dismissal

Plaintiffs and Defendants have conferred, and pursuant to Rule 41(a)(1)(A)(ii), Fed.R.Civ.P., the parties hereby stipulate and agree to the dismissal of all claims – without prejudice.  Each party shall bear its own costs and attorneys fees.


Dated:  30 May 2008

For Plaintiffs:                                               For Defendants


_____/ s /_____                    _____/ s /_____
CHARLES G. BROWN                                  DRAKE CUTINI
316 F St., N.E., Suite 210                        Office of Consumer Litigation
Washington, DC 20002                              United States Department of Justice
202-544-6331                                      P.O. Box 386
                                                  Washington DC 20044
                                                  202-307-0044