# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MOMS AGAINST MERCURY, ...
KAREN PALMER, *et al.,*

    **Plaintiffs**

        **v.**

ANDREW VON ESCHENBACH
COMMISSIONER OF THE FDA, *et al.,*

    **Defendants**

**Case No. 1:07–cv-02332-ESH-JMF**

**Judge Ellen S. Huvelle**
**Magistrate Judge John M. Facciola**

## ENTRY OF APPEARANCE OF JAMES R. KLIMASKI AS LOCAL COUNSEL ON BEHALF OF PLAINTIFF KAREN PALMER

The Clerk will please enter the appearance of James R. Klimaski, and Klimaski & Associates, P.C., on behalf of Plaintiff Karen Palmer in the above captioned case, and take whatever steps may be necessary to effect his participation in this case on her behalf.  Her new attorney, James M. Love of Tulsa, Oklahoma, will apply for admission to the Court *pro hac vice* shortly.

Respectfully submitted,

June 16, 2008

    */s/ James R. Klimaski*
James R. Klimaski, #243543
Klimaski & Associates, P.C.
1625 Massachusetts Avenue NW
Suite 500
Washington, DC  20036-2245
Telephone: 202-296-5600
Fax: 202-296-5601
Klimaski@Klimaskilaw.com

*Local Counsel to Karen Palmer*

James M. Love
TITUS HILLIS REYNOLDS LOVE
  DICKMAN & McCALMON, P.C.

3700 First Place Tower
15 East Fifth Street
Tulsa, OK  74103-4334
Tel 918-587-6800
Fax 918-587-6822
jlove@titushillis.com

**_Counsel to Karen Palmer_**

## Certificate of Service

I certify that the foregoing ***Entry of Appearance of James R. Klimaski as Local Counsel on Behalf of Plaintiff Karen Palmer*** will be served to the following counsel for the parties in this case by the Court's CM/ECF system after proper filing of an Adobe PDF version of this item on the Court's secure website on June 16, 2008:

Drake Cutini
Consumer Litigation
U.S. Department of Justice
PO Box 386
Washington, DC 20044
Fax: 202-514-8742
Email: drake.cutini@usdoj.gov

Jeffrey M. Senger
Deputy Chief Counsel
Office of the Chief Counsel
U.S. Food and Drug Administration
5600 Fishers Lane, Rm. 6A05
Rockville, MD 20857
Fax: 301-827-7145
Email: Jeffrey.Senger@fda.gov

Wendy Vicente
Office of the Chief Counsel
U.S. Food and Drug Administration
5600 Fishers Lane, Rm. 6A05
Rockville, MD 20857
Fax: 301-827-7145
Email: wendy.vicente@fda.gov

Charles G. Brown
Counsel for Plaintiffs
316 F Street NE
Suite 210
Washington DC 20002
Fax 202-544-6331
Email:  charlie@toxicteeth.org

*/s/ Jon Pinkus*
Jon Pinkus
Klimaski and Associates, PC