UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOMS AGAINST MERCURY, ... <br> KAREN PALMER, *et al.*, <br><br> **Plaintiffs** <br><br> v. <br><br> ANDREW VON ESCHENBACH <br> COMMISSIONER OF THE FDA, *et al.*, <br><br> **Defendants** | Case No. 1:07–cv-02332-ESH-JMF <br><br><br> Judge Ellen S. Huvelle <br> Magistrate Judge John M. Facciola |

### NOTICE OF APPEAL

Notice is hereby given this day of 5th day of August, 2008, that the Appellant and Plaintiff, Karen Palmer ("Palmer"), hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Court's Order denying Palmer's Rule 60(b) Motion entered in this action on July 9, 2008.

August 5, 2008                    Respectfully submitted,

  /s/James R. Klimaski                              /s/James M. Love
James R. Klimaski, #243543                James M. Love
Klimaski & Associates, P.C.                 TITUS HILLIS REYNOLDS LOVE
1625 Massachusetts Avenue NW       DICKMAN & McCALMON
Suite 500                                                3700 First Place Tower
Washington, DC  20036-2245             15 East Fifth Street
Telephone: 202-296-5600                    Tulsa, OK  74103-4334
Fax: 202-296-5601                                Telephone: 918-587-6800
klimaski@klimaskilaw.com                 Fax: 918-587-6822
                                                              jlove@titushillis.com

*Local Counsel to Plaintiff Karen Palmer*

                                                              *Counsel to Plaintiff Karen Palmer*

## CERTIFICATE OF SERVICE

    This will certify that the foregoing was served this day upon the parties hereto by a CM/ECF Electronic Notice to the following counsel from the Court website providing a link to a true copy of same on August 5, 2008 :

    Drake Cutini
    Consumer Litigation
    US Dept. of Justice
    PO Box 386
    Washington, DC 20044
    Fax: 202-514-8742
    drake.cutini@usdoj.gov

    Charles G. Brown
    Counsel for Plaintiffs
    316 F Street NE
    Suite 210
    Washington DC 20002
    Fax 202-544-6331
    charlie@toxicteeth.org

and by postage paid First Class Mail to the following counsel who are not listed as receiving the Court's CM/ECF Notices on this case:

    Jeffrey M. Senger
    Deputy Chief Counsel
    Office of the Chief Counsel
    5600 Fishers Lane, Rm. 6A05
    Rockville, MD 20857
    Fax: 301-827-7145
    Email: Jeffrey.Senger@fda.gov

    Wendy Vicente
    Office of the Chief Counsel
    5600 Fishers Lane, Rm. 6A05
    Rockville, MD 20857
    Fax: 301-827-7145
    Email: wendy.vicente@fda.gov

                                               */s/ James R. Klimaski*
                                               James R. Klimaski